ADELBERT H. CHAMBERS and Another, Copartners Doing Business under the

Firm Name and Style of Stuyvesant Garage, Respondents, v. Charles Bellinger, Appellant.— Motion to dismiss appeal granted, by default, with ten dollars costs.